
David
6436910
b38.Aaron Daniel

# FIRST LEGAL SUPPORT SERVICES
**1511 BEVERLY BOULEVARD**
**LOS ANGELES CA 90026**
**Phone: (213) 250-1111, FAX: (213) 250-1197**

156757.154877

Assigned To: **NANCY GRADDY**

| | | | |
|---|---|---|---|
| Received: | 08/14/08 | Type of Service: **Normal** | Special: **No** |
| Client: | SAVERI & SAVERI, INC. | | Client ID: SAVSA-SF |
| Attention: | /R. ALEXANDER SAVERI | | |
| Address 1: | 111 PINE STREET | | Phone: 415-217-6810 |
| Address 2: | SUITE 1700 | 0 | |
| City, State Zip: | SAN FRANCISCO, CA 94111 | | |
| Plaintiff | PULASKI & MIDDLEMAN, LLC, ect. | | |
| Defendant | GOOGLE INC. | | |
| Representing: | Plaintiff | Case Number: CV 08 3888 SC | |
| Court: | UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | | |
| Hearing Date: | | Status: 08/19/08  Last Day to Serve: | Last Day to Sub: |
| Serve Docs To: | **GOOGLE INC., a Delaware corporation(155163)** | | |
| Description: | Race:___, Sex:___, Age:___, Hair:___, Eyes:___, Height:___, Weight:___ | | |
| Addresses: | Business, 08/15/08<br>2730 GATEWAY OAKS DRIVE<br>SUITE 100<br>SACRAMENTO, CA 95833 | | |
| Documents: | See 2nd Page for Documents to be Served | | |

| Loc | Date | Time | Server | Code | Comments |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

[P] Personal Service          [S] Substituted Service          [V] Posted at Business          [Y] Certified Mail CCP 415.45
[Q] by Posting and Mailing via Cert     [T] Posting CCP 704.770     [W] Warm Body CCP 1011     [Z] First Class Mail CCP 415.46
Manner:____  [R] Returned Not Served     [U] Posted At Residence     [X] Posted

Date Served: ___/___/___    Time Served:(Military) _____    Served By:_____

Served At:____ [H]ome, [B]usiness, or [U]sual Place of Mailing ___ [X] For Changes Above in Address Boxs

(3.b.)Person Served_____    Witness Fees: $_____

Race:____, Sex:____, Age:____, Hair:____, Eyes:____, Height:____, Weight:____

Relationship_____(3.b.)By Leaving Copies With_____

Mailed From_____Mailed Date_____Time_____

+                                                          156757.154877

| Attorney or Party without Attorney: R. ALEXANDER SAVERI<br>SAVERI & SAVERI, INC.<br>111 PINE STREET<br>SUITE 1700<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-217-6810 | | | | For Court Use Only |
|---|---|---|---|---|
| | Ref. No. or File No.: | | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | | | |
| Plaintiff: PULASKI & MIDDLEMAN, LLC, ect. | | | | |
| Defendant: GOOGLE INC. | | | | |
| **PROOF OF SERVICE SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 3888 SC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ORDER SETTING CASE MANAGEMENT CONFERENCE; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; WAIVER OF SERVICE OF SUMMONS; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT; DROP BOX FILING PROCEDURES.

3. a. Party served: GOOGLE INC., a Delaware corporation
   b. Person served: BECKY DEGEORGE, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served: 2730 GATEWAY OAKS DRIVE
   SUITE 100
   SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Aug. 15, 2008 (2) at: 9:30AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: GOOGLE INC.
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:* Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. NANCY GRADDY
   d. *The Fee for Service was:*

   First Legal Support Services SM
   ATTORNEY SERVICES
   1814 "I" STREET
   Sacramento, CA 95814
   (916) 444-5111, FAX 443-3111

   e. I am: (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.: 04-010
   (iii) County: Placer

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Fri, Aug. 15, 2008

   (NANCY GRADDY)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL

6486910.savsa-sf.154877