1  COOLEY GODWARD KRONISH LLP
   MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2  LEO P. NORTON (216282) (lnorton@cooley.com)
   4401 Eastgate Mall
3  San Diego, CA  92121
   Telephone:     (858) 550-6000
4  Facsimile:     (858) 550-6420

5  Attorneys for Defendant
   GOOGLE INC.

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

12  PULASKI & MIDDLEMAN, LLC.,              Case No.  08-CV-03888 SI
    individually and on behalf of all others
13  similarly situated,                     **STIPULATION TO EXTEND TIME
                                            TO RESPOND TO COMPLAINT
14                 Plaintiff,               (Civil L.R. 6-1)**

15        v.

16  GOOGLE INC., a Delaware corporation,

17                 Defendant.

18

19

20

21

22

23

24

25

26

27

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

                                        **STIPULATION TO EXTEND TIME TO
                                        RESPOND TO COMPLAINT (Civil L.R. 6-1)
                                        08-CV-03888 SI**

Plaintiff Pulaski & Middleman, LLC ("Plaintiff") and Defendant Google Inc. ("Google"), by and through their respective counsel, stipulate and agree to extend Google's deadline to answer or otherwise respond to the Complaint to on or before September 30, 2008. The extension will not alter the date of any event or deadline already fixed by Court order.

**IT IS SO STIPULATED.**

Dated: September 4, 2008

COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127)
LEO P. NORTON (216282)

By: _____/s/Leo P. Norton_____
                    Leo P. Norton

Attorneys for Defendant GOOGLE, INC.

Dated: September 4, 2008

SCHUBERT JONCKHEER KOLBE &
KRALOWEC LLP
GUIDO SAVERI (022349)
R. ALEXANDER SAVERI (173102)
CADIO ZIRPOLI (179108)

By: _____/s/Cadio Zirpoli_____
                    Cadio Zirpoli

Attorneys for Plaintiff PULASKI &
MIDDLEMAN, LLC

## ATTESTATION OF FILER

I, Leo P. Norton, hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: September 4, 2008

COOLEY GODWARD KRONISH LLP

By: _____/s/Leo P. Norton_____
                    Leo P. Norton

Attorneys for Defendant GOOGLE INC.

601190 v1/SD

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

**STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT (Civil L.R. 6-1)
08-CV-03888 SI**