IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PULASKI AND MIDDLEMAN LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE INC,<br><br>    Defendant. | No. C 08-03888SI<br><br>**NOTICE** |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, November 21, 2008, at 2:00 p.m.

Dated: September 8, 2008

RICHARD W. WIEKING, Clerk

_Tracy Sutton_
Tracy Sutton
Deputy Clerk

**United States District Court**
For the Northern District of California