Guido Saveri (022349)
*guido@saveri.com*
R. Alexander Saveri (173102)
*rick@saveri.com*
Cadio Zirpoli (179108)
*cadio@saveri.com*
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111-5619
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

Attorneys for Pulaski & Middleman, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PULASKI & MIDDLEMAN, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 08-3888-SI<br><br>**ASSOCIATION OF COUNSEL** |

**PLEASE TAKE NOTICE THAT** Saveri & Saveri, Inc., counsel of record for plaintiff PULASKI & MIDDLEMAN, LLC hereby associates the law firm of Foote, Meyers, Mielke & Flowers, LLC, as another counsel of record on behalf of plaintiff PULASKI & MIDDLEMAN, LLC. herein.

The address and telephone numbers of Foote, Meyers, Meilke & Flowers, LLC are as follows:

>Robert M. Foote
>FOOTE, MEYERS, MEILKE, & FLOWERS, LLC
>28 North First Street, Suite 2
>Geneva, Illinois 60134
>Telephone: (630) 232-6333
>Facsimile: (630) 845-8982
>rmf@foote-meyers.com

Dated: September 12, 2008    Saveri & Saveri, Inc.

*R. Alexander Saveri*
R. Alexander Saveri

Dated: September 12, 2008    Foote, Meyers, Meilke, Flowers, LLC

_____
Robert M. Foote

google.008

1 | The address and telephone numbers of Foote, Meyers, Meilke & Flowers, LLC are as
2 | follows:

3 |       Robert M. Foote
      FOOTE, MEYERS, MEILKE, & FLOWERS, LLC
4 |       28 North First Street, Suite 2
      Geneva, Illinois 60134
5 |       Telephone:   (630) 232-6333
      Facsimile:    (630) 845-8982
6 |       rmf@foote-meyers.com

7 |

8 | Dated: September 12, 2008                Saveri & Saveri, Inc.

9 |

10 |

11 |                                                 R. Alexander Saveri

12 | Dated: September 12, 2008                Foote, Meyers, Meilke, Flowers, LLC

13 |

14 |

15 |                                                Robert M. Foote

27 | google.008

# PROOF OF SERVICE

I, Megan Gardner, am over the age of 18 years and not a party to the above-entitled case. I am employed in the County of San Francisco; my business address is 111 Pine Street, Suite 1700, San Francisco, California 94111-5630.

On September 12, 2008, I served a true and correct copy of the following document(s):

**ASSOCIATION OF COUNSEL**

by depositing a copy of the described documents in the United States mail in San Francisco, California, in a sealed envelope, with postage fully prepaid, unless otherwise noted, addressed as follows:

*SEE ATTACHED SERVICE LIST*

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of September, 2008, in San Francisco, California.

_____
Megan Gardner

1

PROOF OF SERVICE

SERVICE LIST
GOOGLE – CV-08-3888-SI

Leo P. Norton
COOLEY GODWARD KORNISH, LLP
4401 Eastgate Mall
San Diego, CA 92121
lnorton@cooley.com

Brian S. Kabateck
Richard L. Kellner
Alfredo Torrijos
KABATECK BROWN KELLNER, LLP
644 South Figueroa Street
Los Angeles, CA 90017
bsk@kbklawyers.com
rlk@kbklawyers.com
at@kbklawyers.com

Terry Gross
Adam C. Belsky
Monique Alonso
GROSS BELSKY ALONSO, LLP
180 Montgomery Street, Suite 2200
San Francisco, CA 94104
terry@gba-law.com
adam@gba-law.com
Monique@gba-law.com

Robert C. Schubert
Willem F. Jonckheer
Kimberly A. Kralowec
SCHUBERT JONCKHEER COLBY & KRALOWEC, LLP
3 Embarcadero Center, Suite 1650
San Francisco, CA 94111
rschubert@schubertlawfirm.com
kkralowec@schubertlawfirm.com