| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| | MICHAEL G. RHODES (116127) (rhodesmg@cooley.com) |
| 2 | LEO P. NORTON (216282) (lnorton@cooley.com) |
| | 4401 Eastgate Mall |
| 3 | San Diego, CA 92121 |
| | Telephone: (858) 550-6000 |
| 4 | Facsimile: (858) 550-6420 |
| 5 | COOLEY GODWARD KRONISH LLP |
| | PETER J. WILLSEY (*pro hac vice application pending*) |
| 6 | (pwillsey@cooley.com) |
| | 777 6th Street, NW |
| 7 | Washington, D.C. 20001 |
| | Telephone: (202) 842-7800 |
| 8 | Facsimile: (202) 842-7899 |
| 9 | Attorneys for Defendant |
| | GOOGLE INC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PULASKI & MIDDLEMAN, LLC., individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., a Delaware corporation, <br><br> Defendant. | Case No. 08-CV-03888 SI <br><br> **DEFENDANT GOOGLE INC.'S CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1)** |

Defendant Google Inc., by and through its undersigned counsel of record, hereby certifies pursuant to Federal Rule of Civil Procedure 7.1 that it does not have a parent corporation and that no publicly held corporation owns 10% or more of its stock.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

**DEF. GOOGLE INC.'S CORPORATE
DISCLOSURE STATEMENT
CASE NO. 08-CV-03888 SI**

| | | |
|---|---|---|
| 1 | Dated: September 30, 3008 | COOLEY GODWARD KRONISH LLP<br>MICHAEL G. RHODES (116127)<br>PETER J. WILLSEY (*pro hac vice appl. pending*)<br>LEO P. NORTON (216282) |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | /s/Leo P. Norton<br>———————————————<br>Leo P. Norton<br>Attorneys for Defendant<br>GOOGLE INC.<br>Email: lnorton@cooley.com |
| 6 | | |
| 7 | | |
| 8 | 605066 /SD | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

**DEF. GOOGLE INC.'S CORPORATE
DISCLOSURE STATEMENT
CASE NO. 08-CV-03888 SI**