COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
LEO P. NORTON (216282) (lnorton@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

COOLEY GODWARD KRONISH LLP
PETER J. WILLSEY (*pro hac vice application pending*)
(pwillsey@cooley.com)
777 6th Street, NW
Washington, D.C. 20001
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PULASKI & MIDDLEMAN, LLC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>Defendant. | Case No. 08-CV-03888 SI<br><br>**DEFENDANT GOOGLE INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIV. L.R. 3-16)** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

GOOGLE INC.'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS
CASE NO. 08-CV-03888 SI

Dockets.Justia.com

| | | |
|---|---|---|
| 1 | Dated: September 30, 3008 | COOLEY GODWARD KRONISH LLP<br>MICHAEL G. RHODES (116127)<br>PETER J. WILLSEY (*pro hac vice appl. pending*)<br>LEO P. NORTON (216282) |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | /s/Leo P. Norton<br>Leo P. Norton |
| 6 | | Attorneys for Defendant<br>GOOGLE INC. |
| 7 | | Email: lnorton@cooley.com |
| 8 | 604694 /SD | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

**GOOGLE INC.'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS**
**CASE NO. 08-CV-03888 SI**