| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| | MICHAEL G. RHODES (116127) (rhodesmg@cooley.com) |
| 2 | LEO P. NORTON (216282) (lnorton@cooley.com) |
| | 4401 Eastgate Mall |
| 3 | San Diego, CA 92121 |
| | Telephone: (858) 550-6000 |
| 4 | Facsimile: (858) 550-6420 |
| 5 | COOLEY GODWARD KRONISH LLP |
| | PETER J. WILLSEY (*pro hac vice application pending*) |
| 6 | (pwillsey@cooley.com) |
| | 777 6th Street, NW |
| 7 | Washington, D.C. 20001 |
| | Telephone: (202) 842-7800 |
| 8 | Facsimile: (202) 842-7899 |
| 9 | Attorneys for Defendant |
| | GOOGLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PULASKI & MIDDLEMAN, LLC., individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., a Delaware corporation, <br><br> Defendant. | Case No. 08-CV-03888 SI <br><br> **DEFENDANT GOOGLE INC.'S NOTICE OF PENDENCY OF OTHER ACTION (CIV. L.R. 3-13)** |

Defendant Google Inc., by and through its undersigned counsel of record, hereby notifies the Court and all opposing parties pursuant to Civil Local Rule 3-13 that this action involves the same subject matter and the same parties as another action that is pending in another federal district court.

The action is entitled *JIT Packaging, Inc. v. Google, Inc.*, Case No. 08-CV-4543 (N.D. Ill.) (filed August 11, 2008) ("*JIT Packaging* Action"). A true and correct copy of the complaint

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

**DEFENDANT GOOGLE INC.'S NOTICE OF PENDENCY OF OTHER ACTION
08-CV-03888 SI**

Dockets.Justia.com

1  in that action is attached hereto as Exhibit A.

2      The *JIT Packaging* Action is related to this action because it is nearly identical to this action, alleges contract and statutory claims against Google arising out of Google's AdWords advertising program, is premised on allegations regarding parked domains and error web pages, is also styled as a class action, and asserts an overlapping putative class of Google AdWords customers.

    Google is in the process of seeking to have that action dismissed or alternatively transferred (FED. R. CIV. P. 12(b)(3); 28 U.S.C. § 1404(a)) to this district based on a forum selection clause in the Google Inc. Advertising Program Terms that mandates that the action be filed in Santa Clara County, California. If Google's efforts are not successful, Google will seek to have the action transferred to this district under 28 U.S.C. § 1407. Until the *JIT Packaging* action is re-filed or transferred here, to avoid conflicts, conserve resources, and promote an efficient determination of the action, Google respectfully requests that this action (and the related actions pending in this district) be stayed.

Dated: September 30, 3008

COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127)
PETER J. WILLSEY (*pro hac vice appl. pending*)
LEO P. NORTON (216282)

/s/Leo P. Norton
Leo P. Norton
Attorneys for Defendant
GOOGLE INC.
Email: lnorton@cooley.com

604690 /SD

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

**DEFENDANT GOOGLE INC.'S NOTICE OF PENDENCY OF OTHER ACTION**
**08-CV-03888 SI**