
Clerk's Use Only
Initial for fee pd.:

COOLEY GODWARD KRONISH LLP
PETER J. WILLSEY
777 6th Street, NW, Suite 1100
Washington DC 20001
Phone: (202) 842-7800

**FILED**

2008 OCT -1  10: 04

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**

PULASKI & MIDDLEMAN, LLC.,
individually and on behalf of all others
similarly situated,

        Plaintiff(s),

    v.

GOOGLE INC., a Delaware corporation,

        Defendant(s).

CASE NO. 08-CV-03888 SI

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, PETER J. WILLSEY, an active member in good standing of the bar of Virginia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Google Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
MICHAEL G. RHODES, COOLEY GODWARD KRONISH LLP, 4401 Eastgate Mall, San Diego, CA 92121, 858-550-6000.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 29, 2008

                                                            */s/ Peter J. Willsey*
                                                            Peter J. Willsey

**BY FAX**