ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

November 13, 2008

**VIA ELECTRONIC FILING ONLY**

TO:   COUNSEL OF RECORD

      Re:   Pulaski & Middleman, LLC v. Google Inc.
            Case No. C 08-03888 JW MED

Dear Counsel:

    The ADR Program would like to convene a conference call with a memeber of our legal staff to discuss the Mediation referral and the appropriate time frame. We would like to schedule this for **Wednesday, November 19, 2008 at 2:30 p.m.** Plaintiff's counsel should initiate the call to all parties then call the ADR Program Phone Conference Line at 415-522-4603.

    Thank you for your attention to this matter.

                                              Sincerely,

                                              Claudia M. Forehand
                                              ADR Case Administrator

/cmf