United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HAL K. LEVITTE, ET AL.,
_____/

RK WEST, INC                                    No. C 08-03369 JW
_____/
                                                Related Cases:
PULASKI & MIDDLEMAN, LLC                         No. C 08-03452 JW
_____/                 No. C 08-03888  JW
                                                 No. C 08-04701 JW
JIT PACKING, INC.
                                                CLERK'S NOTICE CONTINUING MOTION
        Plaintiff(s),                           HEARING AND CASE MANAGEMENT
   v.                                           CONFERENCE

GOOGLE, INC.
        Defendant(s).

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Motion to Consolidate Case filed in C 08-03369 JW, Hall K. Levitite,et al v. Google (Docket Item No. 34) set for February 23, 2009 at 9:00 AM has been reset to **March 2, 2009 at 9:00 AM** and the Case Management Conference set for February 23, 2009 at 10:00 AM in ALL RELATED CASES has been reset to **March 2, 2008 at 10:00 AM in** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties are to file a joint case management conference statement in their respective case dockets by **February 20, 2009.**

Dated:  February 12, 2009

                                                FOR THE COURT,
                                                Richard W. Wieking, Clerk


                                        by:     ____/s/____
                                                Elizabeth Garcia
                                                Courtroom Deputy